JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGA DO, | CV 12-5645 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| WELLS FARGO BANK, N.A., et al. | |
| Defendants. | |

Pursuant to the Court's August 27, 2012 Minute Order granting the Motions to Dismiss filed by defendants Wells Fargo Bank, N.A., and LPS Agency Sales & Posting, Inc. (collectively "Defendants"), which dismissed all of the claims asserted by plaintiff Nga Do ("Plaintiff") against Defendants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: August 27, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE